# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 FEB 10  AM 10: 59

DEPUTY CLERK _____

Larry D. Hafer
_____
Plaintiff

2-17 CV-025-J

v.

Travis Ware - Sonny Keesee
Paula Lanehart - Mark Harmon
_____
Defendant

Civil Action No.

## COMPLAINT

defendants: stole our money + personal property
with-held evidence from? _____
are liars, thieves, + criminals

| | |
|---|---|
| Date | 2-8-17 |
| Signature | Larry D. Hafer |
| Print Name | Larry D. Hafer |
| Address | 1223 So Roberts - apt 135 |
| City, State, Zip | amarillo, texas           79102 |
| Telephone | 584-8996 |

Out-of-Court Settlement:

The defendant(s)
agree to pay the plaintiff
$ _____ the same day as a
hearing in the courtroom between the
plaintiff, defendant(s), attornies, + judge,
Paid to the plaintiff by a cashier's check.
The plaintiff files pro-se + formus paperos,
+ does not pay court costs, fees, etc., +
the defendents attorney fees.


_____
date


_____        _____
plaintiff                      defendents


_____        _____
judge                         notary public

written agreement between;

_____ Y _____

Contract labor; extra opt, clean-up,
stove, frig, floors, walls, windows
furnace/AC + hot-water heater closets
rag weeds

$15 hr x _____ hrs = $_____

travel+ legal expenses = $_____

                                    $_____  total

Larry Hyler         +

Ⓧ real-estate law                    Ⓧ

CASE # _____

DATE_____                                    COURT_____

JUDGE_____        CLERK_____

PLAINTIFF:_____

DEFENDENTS:_____

_____

CRIMINAL AND CIVIL COMPLAINT

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____



PLAINTIFF/DEFENDENT_____

LAWYER/ATTORNEY/PUBLIC DEFENDER_____

JUDGE_____ _____

1

CASE #_____          COURT_____          JUDGE_____

DATE_____          CLERK_____

PLAINTIFF_____ _____

DEFENDENTS_____

_____

___

MOTION:  COURT APPOINTED ATTORNEY/LAWYER/PUBLIC DEFENDER

PLAINTIFF  DOES NOT HAVE LEGAL COUNSEL UNLESS HE IS APPOINTED A LAWYER AND PUBLIC DEFENDER.  WE HAVE THE RIGHT TO LEGAL REPRESENTATION.

MOTION:  TO DISQUALIFY:  _____

MOTION TO QUASH & TERMINATE:  _____

PLAINTIFF_____          ATTORNEY/PUBLIC
DEFENDER_____

JUDGE_____          WITNESS_____

1

CASE # _____

DATE _____

_____                                          COURT

JUDGE_____              CLERK_____

CIVIL AND CRIMINAL COMPLAINT

MY TEXAS AND COLORADO CLASS A CDL IS PAID, i HAVE THE RECEITS.

TULIA AND CANYON DRIVE DPS, 2 STATE TROOPERS LIED AND STOLE MONEY FROM US.

THEY STOLE $130 FROM US. ONE DAY & NITE IN THEIR JAIL, THEY OWE US $1,000, OR

TOTAL OF $1130, PAID TO ME BY THEIR PERSONAL CHECK, CASH, OR CITY, COUNTY , STATE

CHECK. THEIR LAST NAMES ARE: ASMUND, NAVARRONE, SURRIANO, KEETER-TULIA PD

COGGINS, DAVIS, CASH, PARKER-CANYON PD    ---    SPLAWN

UNITED MARKETS-CANYON---JEROMY KING,ALEXANDER?

PANHANDLE TRANSIT--YORK,SPRINGER,SANCHEZ

THEY USED PHONY,ILLEGAL TRESSPASS WARNING--GO TO JAIL TICKETS & TRIED LOCKING ME

UP ON A WEEK-END. DR MENDOZA TOLD THEM NO, THEY ALSO USE PHONY ILLEGAL

NARRATIVE POLICE REPORTS.


FED DOT GRANDFATHERED ME/US INTO THE CDL PROGRAM. I/WE DO NOT HAVE TO TAKE

THEIR PHONY GOD-DAMNED TESTS. AUSTIN IS REQUIRED BY LAW TO PUT MY TEXAS CLASS A

CDL IN THE MAIL TO ME, DPS ARE REQUIRED BY LAW TO DO MY TEMP CLASS A CDL

_____

JUDGE_____

1

written agreement between;

_____    Y    _____

Contract labor: extra apt, clean-up,
stove, frig, floors, walls, windows
furnace/AC + hot-water heater closets
rag weeds

#15 hr  x _____ hrs = $ _____

travel + legal expenses = # _____

$ _____  total

Larry Hofer    +    _____

Ⓧ real-estate law    Ⓧ

case#_____
_____date

_____

us  district  court

district  court

small  claims  court

city_____                        state_____
county_____

judge_____            court  room  _____
clerk_____

plaintiff:_____            tele#_____

address:  _____

defendents:_____

tele#_____            address_____

defendents  owe  plaintiff: $_____            paid  to  plaintiff  3  days  after  this  case  is

awarded  to  the  plaintiff.   date  plaintiff  is  paid  by  defendents:  _____

out-of-court settlement  between  plaintiff & defendents

criminal/civil complaints filed against defendents  XX    yes\_\_\_  no\_\_\_

arrest warrants \_\_  jail\_\_  trial\_\_  hearing\_\_

prosecuting  attornies:  _____

arresting  agency:  _____

public defenders:_____            tele#_____

court/state/federal appointed public defenders

          names                                tele#                                        address


_____          _____          _____

1

No. V-105812-00-A

| | | |
|---|---|---|
| LARRY D. HAFER | § | IN THE 47TH DISTRICT COURT |
| | § | |
| | § | |
| VS. | § | OF |
| | § | |
| | § | |
| PAULA LANEHART, TRAVIS | § | |
| WARE, TOM HARMON & SONNY | § | |
| KEESEE | § | POTTER COUNTY, TEXAS |



## ORDER

Having considered the pending motions to transfer venue and finding that venue of this case is not proper in Potter County and further finding that Lubbock County is a county of proper venue,

IT IS ORDERED that venue of this proceeding, and all matters relating thereto, is hereby transferred to the District Court of Lubbock County.

IT IS FURTHER ORDERED that the clerk of this Court make up a transcript of all the orders, pleadings, and affidavits made in this case, certifying them officially under the seal of this Court and transmit them, with the original papers in this cause, to the clerk of the District Court of Lubbock County, Texas.

Costs incurred in this case prior to its transfer to Lubbock County are taxed against the Plaintiff.

Signed on the ___25___ day of January, 2017.

_____
JUDGE PRESIDING

M:\hafer\Order Transferringg Case.wpd
(1-25-17)

**1454043**

NO. 105812A

| | | |
|---|---|---|
| LARRY D HAFER | § | IN THE 47TH DISTRICT COURT |

LARRY D HAFER                          §        IN THE 47TH DISTRICT COURT
                                       §
        Plaintiffs                     §
                                       §
VS.                                    §        IN AND FOR
                                       §
PAULA LANGHART, TRAVIS WARE,           §
TIM HARMON, SONNY KEESEE               §
        Defendants                     §        POTTER COUNTY, TEXAS

## ORDER

The Court has this day considered the Motions to Dismiss pursuant to Texas Rules of Civil Procedure 91A filed by Defendants Lanehart, Ware and Harmon. Having considered the motions and the pleadings the Court hereby finds that the Motions should be and they are hereby DENIED.

In accordance with the prior Notice of Setting entered in this cause, the Motions to Transfer Venue filed in the above-referenced and numbered cause will be heard **by submission only** on Friday, January 20, 2017 at 1:00 P.M. in the 47th District Court.

SIGNED this the 21st day of December, 2016

_____
JUDGE PRESIDING



# County of Potter



**DEBBIE HORN**
JUSTICE OF THE PEACE
PRECINCT 1
900 SOUTH POLK
SUITE 418
AMARILLO, TEXAS 79101
806-349-4880 OFFICE
806-349-4887 FAX

## STATE OF TEXAS

CAUSE NO. 1CV0056550

### NOTICE OF INTENT TO DISMISS-NO TRIAL SETTING

TO ALL Counsel and Pro Se Parties:

Court records indicate that this case is eligible for dismissal for want of prosecution because address for the defendants has not been provided.  The case will be DISMISSED FOR WANT OF PROSECUTION, unless one of the following actions is taken by 3/23/17, at 4:00 p.m.

1.    An address is provided for defendants:

If you have any questions regarding this notice, please contact the Court Coordinator at 806-349-4880. Thank you for your prompt attention to this matter.

Signed this the 3rd day of February, 2017.

_____

DEBBIE HORN
JUSTICE OF THE PEACE
PRECINCT 1
POTTER COUNTY, TEXAS

# County of Potter

### STATE OF TEXAS

DEBBIE HORN
JUSTICE OF THE PEACE
PRECINCT 1
900 SOUTH POLK
SUITE 418
AMARILLO, TEXAS 79101
806-349-4880 OFFICE
806-349-4887 FAX

02/03/2017

HAFER,  LARRY D
1223 S ROBERTS APT 135
AMARILLO, TEXAS 79102

### CIVIL DOCKET PRETRIAL

THE FOLLOWING CIVIL DOCKET CASES HAVE BEEN SET FOR TRIAL BEFORE JUDGE DEBBIE HORN, 900 SOUTH POLK  SUITE 418, AMARILLO, TEXAS, 79101.

IF YOU WILL BE REPRESENTING YOURSELF THEN IT WILL BE NECESSARY FOR YOU TO COME TO COURT PREPARED TO PRESENT YOUR CASE BY HAVING ALL OF YOUR PAPERS AND EVIDENCE IN ORDER FOR PRESENTATION TO THE COURT.

| STYLE | ATTORNEY |
| --- | --- |
| **CAUSE NO.** 1CV0056536 | APPEAR FOR TRIAL ON 3/23/2017 9:30:00 AM |
| HAFER,  LARRY D | |
| VS. | |
| CANYON HOUSING AUTHORITY TAMMY GOLDSTON | |

*① out-of-court settlement(s)*

*receipts; security dep. - last month rent-*

*contract labor agreement-*

*court appointed lawyer/attorney*

*Names          tele #          address*

*TX DPS*
*Panhandle Markets*
*United Markets*
*Canyon P.D.*
*tulia P.D.*



# County of Potter

## STATE OF TEXAS

DEBBIE HORN
JUSTICE OF THE PEACE
PRECINCT 1
900 SOUTH POLK
SUITE 418
AMARILLO, TEXAS 79101
806-349-4880 OFFICE
806-349-4887 FAX

02/03/2017

HAFER, LARRY
1223 SO. ROBERTS APT 135
AMARILLO, TEXAS 79102

### CIVIL DOCKET PRETRIAL

THE FOLLOWING CIVIL DOCKET CASES HAVE BEEN SET FOR TRIAL BEFORE JUDGE DEBBIE HORN, 900 SOUTH POLK  SUITE 418, AMARILLO, TEXAS, 79101.

IF YOU WILL BE REPRESENTING YOURSELF THEN IT WILL BE NECESSARY FOR YOU TO COME TO COURT PREPARED TO PRESENT YOUR CASE BY HAVING ALL OF YOUR PAPERS AND EVIDENCE IN ORDER FOR PRESENTATION TO THE COURT.

| STYLE | ATTORNEY |
|---|---|
| **CAUSE NO.** 1CV0056553 | APPEAR FOR TRIAL ON 3/23/2017 10:30:00 AM |
| HAFER,  LARRY | |
| VS. | |
| TEXAS DEPT OF TRANSPORTATION | |



# County of Potter

### STATE OF TEXAS

DEBBIE HORN
JUSTICE OF THE PEACE
PRECINCT 1
900 SOUTH POLK
SUITE 418
AMARILLO, TEXAS 79101
806-349-4880 OFFICE
806-349-4887 FAX

02/03/2017

HAFER, LARRY
1223 SO. ROBERTS APT 135
AMARILLO, TEXAS 79102

### CIVIL DOCKET PRETRIAL

THE FOLLOWING CIVIL DOCKET CASES HAVE BEEN SET FOR TRIAL BEFORE JUDGE DEBBIE HORN, 900 SOUTH POLK  SUITE 418, AMARILLO, TEXAS, 79101.

IF YOU WILL BE REPRESENTING YOURSELF THEN IT WILL BE NECESSARY FOR YOU TO COME TO COURT PREPARED TO PRESENT YOUR CASE BY HAVING ALL OF YOUR PAPERS AND EVIDENCE IN ORDER FOR PRESENTATION TO THE COURT.

| STYLE | ATTORNEY |
|---|---|
| **CAUSE NO.** 1CV0056552 | APPEAR FOR TRIAL ON 3/23/2017 10:00:00 AM |
| HAFER,  LARRY | |
| VS. | |
| UNITED MARKET | |

NO. 1CV0056553

| | | |
|---|---|---|
| LARRY HAFER | § | IN THE JUSTICE COURT |
| | § | |
| V. | § | PRECINCT 1 |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| TRANSPORTATION | § | POTTER COUNTY, TEXAS |

## ORDER GRANTING DEFENDANT TEXAS DEPARTMENT OF TRANSPORTATION'S MOTION TO DISMISS FOR LACK OF JURISDICTION

ON THIS DAY, CAME ON TO BE HEARD *Defendant Texas Department of Transportation's Motion to Dismiss for Lack of Jurisdiction,* and the Court, having considered Defendant, Texas Department of Transportation's ("TxDOT's) Motion, is of the opinion that TxDOT's Motion should be GRANTED, and accordingly;

It is ORDERED, ADJUDGED, and DECREED that *Defendant Texas Department of Transportation's Motion to Dismiss for Lack of Jurisdiction* should be and is hereby GRANTED; and

It is further ORDERED, ADJUDGED, and DECREED that Plaintiff, Larry Hafer shall take nothing herein by this suit against TxDOT and this suit shall be and is hereby DISMISSED; and

It is further ORDERED, ADJUDGED, and DECREED that all relief not expressly granted herein is denied. This Order fully and finally disposes of all claims as to all parties and is intended to be FINAL and APPEALABLE.

SIGNED this 7th day of February, 2017.

_____
JUDGE PRESIDING

Filed 2-6-17
JUSTICE OF PEACE
Prec't 1
Potter County Texas
by TV

NO. 1CV0056551

| | | |
|---|---|---|
| **LARRY HAFER** | § | **JUSTICE OF THE PEACE, PCT. #1** |
|    **Plaintiff,** | § | |
| | § | |
| **V.** | § | **IN AND FOR** |
| | § | |
| **CANYON POLICE DEPARTMENT** | § | |
| **SPLAWN, DAVIS, COGGINS, CASH,** | § | |
| **PARKER,** | § | |
| **Defendant.** | § | **POTTER COUNTY, TEXAS** |

## ORDER GRANTING MOTION FOR DISMISSAL

On this day the Court heard and considered the Motion of CITY OF CANYON, CANYON

POLICE DEPARTMENT, and the individuals named in the suit as Defendants, for dismissal of

the above-styled and numbered cause for lack of jurisdiction.  The Court finds that such Motion

should be in all things granted.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the above-styled and

numbered cause be and it is hereby dismissed with prejudice with costs of court to be taxed against

Plaintiff.

SIGNED _____11-2_____, 2016.

_____
JUDGE PRESIDING

Filed 11-2-16
JUSTICE OF
Precint 1
Potter

CAUSE NO. 56549

COPY

| | | |
|---|---|---|
| LARRY HAFER, | § | IN THE JUSTICE COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | PRECINCT 1 |
| | § | |
| PANHANDLE COMMUNITY | § | |
| SERVICES, MAGGIE YORK and | § | |
| SPRINGER SANCHEZ | § | |
| | § | |
| *Defendants.* | § | POTTER COUNTY, TEXAS |

### <u>ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE</u>

Upon consideration that Plaintiff did not comply with the Order Granting Defendants' Motion to Clarify of November 22, 2016, failing to amend his petition, it is, therefore, ORDERED that Larry Hafer's cause of action against Defendants Panhandle Community Services, Maggie York and Springer Sanchez, be DISMISSED without prejudice to refiling from Cause No. 56549.

SIGNED this 8th day of December, 2016.

_____
Judge Presiding

Filed 12-8-16
JUSTICE OF PEACE
Precinct 1
Potter County, Texas
by _____

COPY

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

*Judge Horn*

Cause Number: _____
*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: *Larry Hafer*
*(Print first and last name of the person filing the lawsuit.)*

And
Defendant: *Canyon Housing Authority*   *Xammie goldston*
*(Print first and last name of the person being sued.)*

In the (check one):
☐ District Court
☐ County Court / County Court at Law
☒ Justice Court

*Court Number*

*Potter* County   Texas

# Statement of Inability to Afford Payment of
# Court Costs or an Appeal Bond

## 1. Your Information

My full legal name is: *Larry*     *Dean*     *Hafer*     My date of birth is: *1/19/48*
          First          Middle          Last                    Month/Day/Year

My address is: *(Home)* *1223 So Roberts - apt 135*

          *(Mailing)* *Amarillo, tx        79102*

My phone number: *584-8996*     My email: _____

About my **dependents:** "The people who depend on me financially are listed below.

| Name | Age | Relationship to Me |
|------|-----|--------------------|
| 1   *none* | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

## 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case.  I have attached documentation from legal aid stating this.

or-

☒ I am not represented by legal aid. I did not apply for representation by legal aid.

## 3. Do you receive public benefits?

☒ I do not receive needs-based public benefits.  - or -

☐ I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*
☐ Food stamps/SNAP     ☐ TANF  ☐ Medicaid   ☐ CHIP   ☐ SSI   ☐ WIC   ☐ AABD
☐ Public Housing or Section 8 Housing     ☐ Low-Income Energy Assistance   ☐ Emergency Assistance
☐ Telephone Lifeline     ☐ Community Care via DADS     ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension     ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: _____

**4. What is your monthly income and income sources?**

"I get this monthly income:

$ ~0~ in monthly wages. I work as a _____ for _____
<span style="font-size:smaller">Your job title                Your employer</span>

$ ~0~ in monthly unemployment. I have been unemployed since *(date)* _____

$ ~0~ in public benefits per month.

$ ~0~ from other people in my household each month: *(List only if other members contribute to your household income.)*

$ 1153⁰⁰ from ☐ Retirement/Pension  ☐ Tips, bonuses  ☒ Disability  ☐ Worker's Comp
☒ Social Security  ☐ Military Housing  ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household *(If available)*

$ ~0~ from other jobs/sources of income. *(Describe)* _____

$ 1153⁰⁰ is my *total* monthly income.

**5. What is the value of your property?**

"My **property** includes:           **Value***

Cash                              $ 0
Bank accounts, other financial assets
____none____                      $
_____                      $
_____                      $
Vehicles (cars, boats) *(make and year)*
____none____                      $
_____                      $
_____                      $
Other property (like jewelry, stocks, land, another house, etc.)
____none____                      $
_____                      $
_____                      $
*Total* value of property → $ ~0~

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**6. What are your monthly expenses?**

"My monthly expenses are:        **Amount**

Rent/house payments/maintenance   $ 300
Food and household supplies       $ 350
Utilities and telephone           $ 50
Clothing and laundry              $ 50
Medical and dental expenses       $ 300
Insurance (life, health, auto, etc.)  $ ~0~
School and child care             $ ~0~
Transportation, auto repair, gas  $ 100
Child / spousal support           $ ~0~
Wages withheld by court order     $ ~0~
Debt payments paid to: *(List)*   $ ~0~
_____                      $
_____                      $
*Total* Monthly Expenses → $ 1150⁰⁰

**7. Are there debts or other facts explaining your financial situation?**

"My debts include: *(List debt and amount owed)* _____no_____

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.")* **Check here if you attach another page.** ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☒ I cannot afford to pay court costs.
☒ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is _Larry Hafer_. My date of birth is : _1/19/48_.

My address is _1223 Roberts - apt 135   Amarillo, tx   79102   Potter_
<span style="font-size:smaller">Street            City    State    Zip Code    County</span>

_Larry D. Hafer_ signed on _10/11/16_ in _Potter_ County, _TX_,
<span style="font-size:smaller">Signature          Month/Day/Year    county name          State</span>

## PETITION: SMALL CLAIMS CASE

CASE NO. (court use only) 56536

In the Justice Court, Precinct 1, Potter County, Texas

PLAINTIFF Larry D. Hafer

VS.    Canyon Housing Authority
DEFENDANT(S): Tammy Goldston
Defendant(s) contact info: 806-655-0673

*COPY*

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
defendant owes us: security deposit = $50 75
contract labor xx 50 hrs x $20 hr = $1000
legal expenses = 50
apt was not clean when we moved in, cleaner when we
moved out, Curt x maintence can verify carpet is clean, → $1100 00
no damage, defendant Golston is a liar, thief + owes us money.

**RELIEF:** Plaintiff seeks damages in the amount of $1100 00, and/or return of personal property as described as follows (be specific): _____, which has a value of $_____.
Additionally, plaintiff seeks the following: a check mailed to me for $1100
or pay me in small claims court

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
certified mail + reciept

[ ] **If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address:** _____

Larry D. Hafer
Petitioner's Printed Name

Larry D. Hafer
Signature of Plaintiff or Attorney

1223 So Roberts - apt 135
Address of Plaintiff's Attorney, if any, or Plaintiff if none

**DEFENDANT(S) INFORMATION (if known):**
DATE OF BIRTH:_____

Amarillo, tx    79102
City         State         Zip

*LAST 3 NUMBERS OF DRIVER LICENSE:_____
*LAST 3 NUMBERS OF SOCIAL SECURITY:_____

584-8996
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

DEFENDANT'S PHONE NUMBER:_____

Small Claim Petition. 7/2013

COPY

## PETITION: SMALL CLAIMS CASE

CASE NO. (court use only) 5 6 0 5 5 3 _____

In the Justice Court, Precinct _____, *potter* County, Texas

PLAINTIFF *Larry Hafer* _____

VS.  *Texas Dept. of Transportation*
DEFENDANT(S): *Navaronne(tulia + hanyon drive7*
Defendant(s) contact info: _____

COMPLAINT: The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
*defendents are liars + thieves*
*they stole $130.00 from me -- I have the receipts*
*They put me in jail + used their hand-cuffs.*
*My Texas + Colorado CDL is Class A & paid for.*
*defendents didn't do my temp tx. Class A CDL + permenant Class A CDL*
*I was grand-fathered into the CDL program by Federal DOT*

RELIEF: Plaintiff seeks damages in the amount of $ *1130.00*_____, and/or return of personal property as described as follows (be specific): _____, which has a value of $_____.
Additionally, plaintiff seeks the following: *legal + travel expenses*_____

SERVICE OF CITATION: Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:

*certified mail ~ return receipt*

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: _____

*Larry D. Hafer*_____
Petitioner's Printed Name

*Larry D. Hafer*_____
Signature of Plaintiff or Attorney

*1223 So. Roberts - apt. 135*_____
Address of Plaintiff's Attorney, if any, or Plaintiff if none

DEFENDANT(S) INFORMATION (if known):
DATE OF BIRTH:_____

*amarillo, tx.*          *79102*
City          State          Zip

*LAST 3 NUMBERS OF DRIVER LICENSE:_____
*LAST 3 NUMBERS OF SOCIAL SECURITY:_____

*584-8996*_____

DEFENDANT'S PHONE NUMBER:_____
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

Small Claim Petition. 7/2013

COPY

## PETITION: SMALL CLAIMS CASE

CASE NO. (court use only) 56550

In the Justice Court, Precinct  1 , potter  County, Texas

PLAINTIFF Larry Hafer

VS.    tulia police dept.    (Keeter)
DEFENDANT(S): delbert asmond, steve soriano
Defendant(s) contact info: _____

COMPLAINT: The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
defendants stole -- $130⁰⁰ from us.
1 day + nite in their jail = $1,000⁰⁰ + legal expenses
+ used their hand-cuffs
                              Total = $1130⁵⁵

defendents are liars + thieves

RELIEF: Plaintiff seeks damages in the amount of $ 1130⁰⁰ , and/or return of personal property as described as follows (be specific): _____, which has a value of $_____.
Additionally, plaintiff seeks the following: legal + travel expenses

SERVICE OF CITATION: Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
certified mail x return receipt

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: _____

Larry D. Hafer
Petitioner's Printed Name

Larry D. Hafer
Signature of Plaintiff or Attorney

223 So. Roberts - apt. 135
Address of Plaintiff's Attorney, if any, or Plaintiff if none

DEFENDANT(S) INFORMATION (if known):
DATE OF BIRTH:_____

amarillo, tx.        79102
City            State            Zip

*LAST 3 NUMBERS OF DRIVER LICENSE:_____
*LAST 3 NUMBERS OF SOCIAL SECURITY:_____

584-8994

DEFENDANT'S PHONE NUMBER:_____
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

Small Claim Petition. 7/2013

COPY

## PETITION: SMALL CLAIMS CASE

CASE NO. (court use only) 50551

In the Justice Court, Precinct 1, potter County, Texas

PLAINTIFF Larry Hafer

VS. Canyon Police Dept. (Splawn)

DEFENDANT(S): Davis, Leggins, Cush, Parker

Defendant(s) contact info: _____

COMPLAINT: The basis for the claim which entitles the plaintiff to seek relief against the defendant is:

defendents are liars

they used phony, illegal trespass warning + go to jail quota tickets

they tried to lock me up in ?? over the week-end

+ used their hand-cuffs

RELIEF: Plaintiff seeks damages in the amount of $ 500ºº , and/or return of personal property as described as follows (be specific): _____, which has a value of $_____.

Additionally, plaintiff seeks the following: legal + travel expenses

SERVICE OF CITATION: Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:

_____ certified mail - return receipt

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: _____

Larry D. Hafer

**Petitioner's Printed Name**

Larry D. Hafer

Signature of Plaintiff or Attorney

1223 So. Roberts - apt. 135

Address of Plaintiff's Attorney, if any, or Plaintiff if none

**DEFENDANT(S) INFORMATION** (if known):

DATE OF BIRTH:_____

amarillo, Tx.                      79102

City            State            Zip

*LAST 3 NUMBERS OF DRIVER LICENSE:_____

*LAST 3 NUMBERS OF SOCIAL SECURITY:_____

584-8996

Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

DEFENDANT'S PHONE NUMBER:_____

Small Claim Petition. 7/2013

COPY

## PETITION: SMALL CLAIMS CASE

CASE NO. (court use only) 56649

In the Justice Court, Precinct  1 , potter County, Texas

PLAINTIFF  Larry Hafer

VS.  Panhandle Transit -- Canyon, Tx.

DEFENDANT(S): Maggie York, Springer, Sanchez

Defendant(s) contact info: _____

COMPLAINT:  The basis for the claim which entitles the plaintiff to seek relief against the defendant is:

defendants are liars

they used phony illegal trespass warning & go to jail tickets

_____

_____

RELIEF:  Plaintiff seeks damages in the amount of $ 500.00 , and/or return of personal property as described as follows (be specific): _____, which has a value of $ _____

Additionally,  plaintiff  seeks  the  following: $500 is for legal & travel expenses

_____

SERVICE OF CITATION:  Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court.  Other addresses where the defendant(s) may be served are:

_____ Certified mail - return receipt

☐  If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: _____

Larry D. Hafer
**Petitioner's Printed Name**

Larry D. Hafer
Signature of Plaintiff or Attorney

1223 So Roberts - apt. 135
Address of Plaintiff's Attorney, if any, or Plaintiff if none

**DEFENDANT(S) INFORMATION** (if known):

DATE OF BIRTH: _____

amarillo, tx        79102
City            State            Zip

*LAST 3 NUMBERS OF DRIVER LICENSE: _____

*LAST 3 NUMBERS OF SOCIAL SECURITY: _____

584-8996

DEFENDANT'S PHONE NUMBER: _____

Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

Small Claim Petition. 7/2013

COPY

## PETITION: SMALL CLAIMS CASE

CASE NO. (court use only) 56552

In the Justice Court, Precinct 1, potter County, Texas

PLAINTIFF Larry Hafer

VS. United Market -- canyon, Tx.
DEFENDANT(S): Jeremy King,   Alexander?
Defendant(s) contact info: _____
anderson

COMPLAINT: The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
defendents are liars

they used phony, illegal - trespass warning X go to jail gvota tickets

RELIEF: Plaintiff seeks damages in the amount of $ 500ᵒᵒ , and/or return of personal property as described as follows (be
specific): _____, which has a value of $ _____
Additionally, plaintiff seeks the following: $500ᵒᵒ is for legal + travel expenses

SERVICE OF CITATION: Service is requested on defendants by personal service at home or work or by alternative service as allowed
by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
certified mail -return receipt

[ ] If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please
check this box, and provide your valid email address: _____

Larry D. Hafer
Petitioner's Printed Name

Larry D. Hafer
Signature of Plaintiff or Attorney

1223 So Roberts - apt 135
Address of Plaintiff's Attorney, if any, or Plaintiff if none

DEFENDANT(S) INFORMATION (if known):
DATE OF BIRTH: _____

amarillo, tx    79102
City            State        Zip

*LAST 3 NUMBERS OF DRIVER LICENSE: _____
*LAST 3 NUMBERS OF SOCIAL SECURITY: _____

584-8996
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

DEFENDANT'S PHONE NUMBER: _____

Small Claim Petition. 7/2013

JS 44-TXND  (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

*Larry D. Hafer*

**DEFENDANTS** *Paula Lanehart, Travis Ware Mark Harmon, Sonny Keesee*

**(b)** County of Residence of First Listed Plaintiff  *potter*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  *lubbock*
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

*Don Dennis*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☒ 370 Other Fraud
- ☒ 371 Truth in Lending
- ☒ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS

**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
*fraud, false arrest, jail, hand-cuffs*

Brief description of cause:
*defendants + gov't employees stole our money + personal property*

## VII. REQUESTED IN COMPLAINT:

- ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ *100,000⁰⁰*

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED PENDING OR CLOSED CASE(S) IF ANY
*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____