IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LARRY D. HAFER, PRO SE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:17-CV-0025 |
| | § | |
| TRAVIS WARE, PAULA LANEHART, | § | |
| SONNY KEESEE, and MARK HARMON, | § | |
| | § | |
| Defendant(s). | § | |

## JUDGMENT

Of equal date herewith, the Court has entered an Order of Dismissal in the above-referenced and numbered cause.

JUDGMENT IS ENTERED ACCORDINGLY.

IT IS THEREFORE ORDERED and DECREED that the Civil Complaint filed by plaintiff LARRY D. HAFER is in all things DENIED and is hereby ORDERED DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE.

The Clerk will mail a copy of this Judgment to the plaintiff and to each attorney of record by first class mail.

It is SO ORDERED.

Signed this the ___5th___ day of ~~April~~ MAY, 2017.

s/ Mary Lou Robinson
MARY LOU ROBINSON
United States District Judge